CLERK'S OFFICE
A TRUE COPY
Feb 23, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Two Cellular Phones, as More Particularly<br>Described in Attachment A | ) ) ) ) ) ) Case No. 26-MJ-45 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Eastern____ District of ____Wisconsin____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before ____03/09/2026____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Magistrate Judge William E. Duffin____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☑ until, the facts justifying, the later specific date of ____08/22/2026____.

Date and time issued: ____02/23/2026 at 10:10 a.m.____          *William E. Duffin*
                                                                 *Judge's signature*

City and state:  ____Milwaukee, WI____          Magistrate Judge William E. Duffin
                                                *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-MJ-45 | 02/27/2026 1000hrs | N/A |

Inventory made in the presence of: HSI Special Agent Ian House

Inventory of the property taken and name(s) of any person(s) seized:

Information stored in cellular phones listed in Attachment A

Maintained by HSI Milwaukee

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/5/2026

*Executing officer's signature*

HSI Special Agent Ian House
*Printed name and title*

## ATTACHMENT A

*Property to Be Searched*

The property to be searched consists of two cellular phones presently securely stored in the evidence processing room of HSI's Milwaukee Field Office located at 790 N. Milwaukee Street, #600 in Milwaukee, Wisconsin. Those devices are described more particularly as:

a. A pink iPhone with the cellular number XXX-XXX-5375 and the username "Sam Rodriguez;" and

b. A blue iPhone with cellular phone number XXX-XXX-2299 and the username "Samantha Casilla."

# ATTACHMENT B

*Property to be Seized*

All evidence, instrumentalities, information, records, and contraband relating to violations of Title 18, United States Code, Section 2421(a) (interstate transportation for prostitution); Sections 1591(a)(1) and (b)(1) (Sex Trafficking by Force, Fraud or Coercion); Title 8, United States Code, Sections 1324(a)(1)(A)(ii)-(iii) and (B)(i) (transportation and/or harboring of aliens for financial gain); and Title 8, United States Code, Section 1328 (important of aliens for an immoral purpose), including but not limited to:

1. Electronic communications, including text messages, instant messaging applications (such as WhatsApp); audio or video-recorded messages; emails; and other forms of written messages concerning prostitution, sex trafficking, alien smuggling, harboring or transportation, and/or any targets, potential victims or potential co-conspirators of the crimes under investigation;

2. All images or videos relating to advertisements for or communications about commercial sex acts, or of potential victims of sex trafficking;

3. Any GPS location information and/or data from maps applications that will indicate the user's location during the dates under investigation, the user's presence at any of the locations under investigation, and any other affiliated prostitution venues elsewhere;

4. All call logs;

5. All contact lists, to assist with the interpretation of the communications documented in the call logs and text messages; and

6. All evidence of user attribution, showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, notes, documents and Internet browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.